IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HORACIO SANTOS and<br>CECILIA SANTOS<br><br>            Plaintiffs,<br><br>    v.<br><br>BAYER CORPORATION;<br>BAYER AG;<br>GLAXOSMITHKLINE, PLC;<br>GLAXOSMITHKLINE;<br>SMITHKLINE BEECHAM<br><br>            Defendants. | :<br>:<br>:   CIVIL ACTION NO.  02-CV-4272<br>:<br>:<br>:<br>:<br>:<br>:   ENTRY OF APPEARANCE<br>:<br>:<br>:<br>:<br>: |

## ENTRY OF APPEARANCE

To the Clerk of the Court:

      Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Erin Brennan and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,

_____          _____
Hope S. Freiwald                                                 Aline Fairweather


_____          _____
Erin Brennan                                                        Kirstin J. Miller


                                            DECHERT PRICE & RHOADS
                                            4000 Bell Atlantic Tower
                                            1717 Arch Street
                                            Philadelphia, PA  19103-2793
                                            (215) 994-4000